0:19-cv-60409-MGC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cv-60409-MGC

RYAN TURIZO,
individually and on behalf of all
others similarly situated,

Plaintiff,
v.

ADVANCED DENTAL WELLNESS
CENTER, P.A.

Defendant._
_____/

**DEFENDANT, ADVANCED DENTAL WELLNESS CENTER, P.A.'s, DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

1. ADVANCED DENTAL WELLNESS CENTER, P.A. is a nongovernmental corporate party.

2. ADVANCED DENTAL WELLNESS CENTER, P.A. has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on this March 7, 2019 through the Court's ECF filing system, which will send a copy to counsel of record for the parties.

Respectfully Submitted,

THE LAW OFFICES OF BRUCE PROBER, P.A.
Attorney for Defendant ADVANCED DENTAL WELLNESS CENTER, P.A.
330 N. Andrews Ave, Suite 450
Ft. Lauderdale, FL 33301
Telephone:   (954) 816-1260

0:19-cv-60409-MGC

        Facsimile:     (954) 333-1505
        Email: bprober@proberlaw.com
        By:   /S/ Bruce Prober
            Bruce Prober, Esq.
            Florida Bar No.: 895881